For full opinion see 172 NE 835; 36 Oh Ap 281; (Oh Bar 11-25-30).

**CINCINNATI & SUBURBAN BELL TELE-PHONE CO v CINCINNATI (city) et**

Ohio Appeals, 1st Dist, Hamilton Co
Decided Feb. 17, 1930

**LAVANIER v COSMOPOLITAN BK & TR CO**

Ohio Appeals, 1st Dist, Hamilton Co
Decided Nov. 4, 1929

For full opinion see 173 NE 216; 36 Oh Ap 285 (Oh Bar 11-25-30).

For full opinion see 173 NE 45; 36 Oh Ap 251 (Oh Bar 11-25-30).

**SORGEN v STATE**

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided June 2, 1930

**STATE ex LOWRY v WEIS, et (STARK CO BD OF ELECT)**

Ohio Supreme Court
No 22566. Decided Oct. 16, 1930

For full opinion see 173 NE 193; 122 Oh St 591 (Oh Bar 11-25-30).